IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GARY S BRADLEY,** *et al.*                                                                      **PLAINTIFFS**

v.                                    **CASE NO. 3:21-CV-00079-BSM**

**XTO ENERGY INC**                                                                                **DEFENDANT**

## ORDER

Defendant's unopposed motion to stay scheduling order deadlines [Doc. No. 37] is granted. An amended final scheduling order shall issue when a ruling on the motion to certify is entered.

IT IS SO ORDERED this 7th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE