IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GARY S. BRADLEY and REBECCA J. BRADLEY,**  PLAINTIFFS
**individually and on behalf of all others similarly situated**

v.  CASE NO. 3:21-CV-0079-BSM

**XTO ENERGY, INC.**  DEFENDANT

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 46] this case is dismissed with prejudice. The clerk is directed to disburse to the Morgan Law Firm, P.A. the funds deposited by plaintiffs into the registry of the court plus any accrued interest. *See* Doc. No. 20.

IT IS SO ORDERED this 19th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE