IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GARY S. BRADLEY and REBECCA J. BRADLEY,**        **PLAINTIFFS**
**individually and on behalf of all others similarly situated**

v.        **CASE NO. 3:21-CV-0079-BSM**

**XTO ENERGY, INC.**        **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 19th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE